636

429 A.2d 758

Commonwealth, Appellant v. McAnally.

Submitted March 21, 1980. Eric B. Henson, Assistant District Attorney, for Commonwealth, appellant; Michael E. Fioretti, for appellee.

Before HESTER, WICKERSHAM and LIPEZ, JJ.

Order affirmed.

WICKERSHAM, J., filed a memorandum dissenting statement.

429 A.2d 758

Commonwealth v. Meister, Appellant.

Submitted June 13, 1980. John W. Packel, Chief, Appeals, Assistant Public Defender, for appellant; Eric B. Henson, Assistant District Attorney, for Commonwealth, appellee.

Before PRICE, WICKERSHAM and LIPEZ, JJ.

Judgment of sentence affirmed.